MARY LANCTOT, Administratrix, etc., Appellant, *v.* THE TROY
AND LANSINGBURGH RAILROAD COMPANY, Respondent.

(Argued March 12, 1883; decided March 20, 1883.)

*Rufus W. Peckham* for appellant.

*Esek Cowen* for respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.

---

JOHN D. FISH et al., Administrators, etc., Respondents, *v.* HENRY
A. COSTER, Appellant.

(Argued March 13, 1883; decided March 20, 1883.)

*Coles Morris* and *Michael H. Cardozo* for appellant.

*Oliver W. West* for respondent.

Agree to affirm on opinion of DAVIS, Ch. J., at General
Term.
All concur.
Judgment affirmed.

---

JAMES E. DELANEY, Appellant, *v.* WILLIAM C. VAN AULEN,
Individually, and as Trustee, etc., Respondent.

(Argued March 13, 1883; decided March 27, 1883.)

THIS case is reported on a former appeal in 84 N. Y. 16.

The court state that no new facts were presented on the
second trial, and that the former decision must control.

*D. P. Barnard* for appellant.

*Samuel Hand* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.